UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**VERNON W. MILLER,**                      CV # 06-1838-AS

     Plaintiff,

                                                    ORDER FOR EAJA FEES

vs.

**COMMISSIONER of Social Security,**

     Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6155.69, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and costs in the amount of $350, pursuant to 28 U.S.C. 1920, shall be awarded to Plaintiff; mailed to Plaintiff's attorney.

DATED this 28 day of January, 2008.

                                                    HON. DONALD C. ASHMANSKAS
                                                    UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/_____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff

PROPOSED ORDER; STIPULATION FOR EAJA FEES